# EXHIBIT A

```
70
```

1      MR. EDWARDS: If I don't show him the
2 sketch, it's because it wasn't produced.
3      MR. MARSHALL: I don't know where you come
4 up with this. Is there some document that says she
5 drew a sketch?
6      MR. EDWARDS: I've talked to her, and she
7 says there was a sketch that she drew and it was thrown
8 out.
9      MR. MARSHALL: You've talked to her?
10      MR. EDWARDS: Yes.
11      MR. MARSHALL: Where was she when you
12 talked to her? Did you get a statement from her?
13      MR. EDWARDS: Yes.
14      MR. MARSHALL: Have you produced a
15 statement?
16      MR. EDWARDS: I'm going to produce it, yes.
17      MR. MARSHALL: Well, your responses to our
18 discovery are, I think, about six months or more
19 overdue. I think before we go further, you should
20 produce the documents that have been requested, you
21 should answer the interrogatories that we've sent to

71

1  you.
2          MR. EDWARDS:  You're just serving yours.
3          MR. MARSHALL:  Yeah, but you sent your
4  discovery request out a whole lot longer after we sent
5  ours to you.  I was waiting to get yours since our
6  requests were sent first, rather than go to court to
7  get an order, directing the order in which discovery
8  would occur.  So I gave them to you today in good
9  faith.
10         Now, if you've got some documents that
11 indicate something, and you're now asking him about
12 what's in those documents without producing them, I
13 think we stop the deposition now.  You give us the
14 documents, and then we'll resume the deposition.
15         MR. EDWARDS:  Okay.
16         MR. MARSHALL:  Is that fair?
17         MR. EDWARDS:  That's fair.  I mean, do you
18 want to review them now?
19         MR. MARSHALL:  I don't want to sit here in
20 the middle of you asking him questions, trying to
21 review your discovery responses.  I'd like to get them

410 837 3027 - Nationwide - www.gorebrothers.com

72

1  from you, complete discovery responses, unless there
2  are objections.
3           If there are objections, you'll tell me
4  what the objections are and the basis for them.  And
5  then we'll reschedule this deposition after I've had a
6  chance to review them, to review them with him, with
7  the other detectives that are defendants in this case.
8           MR. EDWARDS:  Okay.  And we can still push
9  out the discovery?
10          MR. MARSHALL:  Yeah, I'm fine with moving
11  the discovery deadline out and the amendments -- not
12  anything regarding experts.  Experts, we're done.  But
13  I'm fine with pushing the discovery deadline.
14          (A discussion was held off the record.)
15          MR. MARSHALL:  So we'll suspended the
16  deposition at this point.
17          (Jones Deposition Exhibits 8-9 were marked
18  for purposes of identification.)
19          (Deposition concluded at 11:22 a.m.)
20
21