

SCHLACHMAN BELSKY & WEINER, P.A.
ATTORNEYS AT LAW



August 29, 2013

MAIN OFFICE (BALTIMORE)
300 East Lombard St. Ste 1100
Baltimore, MD 21202
Phone: 410.685.2022
Toll Free: 888.685.2022
Fax: 410.783.4771
Email: Attorneys@sbwlaw.com
www.sbwlaw.com

Hon. Timothy J. Sullivan
United States Majestric Judge
Garmatz Federal Court House
101 W. Lombard Street
Baltimore, Maryland 21201

Sidney Schlachman
Counsel

Henry L. Belsky
Herbert R. Weiner
Michael Marshall
Steven E. Sunday
Michael J. Belsky
Michael E. Davey

Roanna Handler
Deborah J. Suess
Daniel E. Udoff
J. Eric Gibson
Shaun F. Owens
Albert G. McCarraher*
Megan E. Oleszewski
Jonathon E. Scruggs
Chaz R. Ball
Mitchell E. Rosensweig

* also admitted DC Bar

    RE:   *Marlow Humbert v. Martin O' Malley, et al.*
          Civil Action No.: 11-cv-00440

Dear Judge Sullivan:

    I thank Mr. Edwards for heeding Your Honor's admonition not to engage in personal attacks in our correspondence.

    The allegations made by Ms. Duell in her declaration are nothing short of outlandish. It is true that I called, without thinking, within one day of the fifth anniversary of her rape, and when she pointed that out to me I was personally embarrassed that I had not even thought of the respective dates, and I apologized to her profusely. Other than that, virtually every other allegation she has made against me is untrue. In fact, not only did I have a witness present for my telephone call to her, but I had written out how I was going to introduce myself and what I was going to say to her so that I would not omit any information regarding identifying myself, who I worked for, and why I was calling.

    While I was not present for the investigator's encounter with her, the investigator is a retired police officer, and the allegations she is making against him sound as outlandish as the allegations she has made against me. I do not know the reasons for Ms. Duell's statements, but I believe that her recent declaration alone is a compelling basis for her deposition to be taken with a reporter present, and all communications being recorded, so that she can no longer make these kinds of allegations. Notwithstanding Mr. Edwards' apparent desire to keep Ms. Duell from us, I would ask that your honor grant our request to take her deposition.

    Please advise me accordingly.

    Thank you.

PRINCE GEORGE'S CO. OFFICE: 2905-A Old Largo Road / PO Box 1658, Upper Marlboro, MD 20773 | T: 301.827.6360 | F: 301.627.5911
WICOMICO CO. OFFICE: 100 East Main St, Ste 102, Salisbury, MD 21801 | T: 410.543.5398 | F: 410.783.4771
FREDERICK CO. OFFICE: 21 East Church St, Frederick, MD 21701 | T: 301.662.1043 | F: 410.783.4771

Very truly yours,

Michael Marshall

cc: Charles Edwards