In the

# United States District Court for the District of Maryland

No. 11-cv-0440

**MARLOW HUMBERT**

*Plaintiff*

vs.

**MARTIN O'MALLEY, *et al*.**

*Defendants*

OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

*Charles H. Edwards IV*
Law Office of Barry R. Glazer, P.C.
1010 Light Street
Baltimore, Maryland 21230
charles.edwards@robinhoodlawyers.com
phone: (410) 547-8568 fax: (410) 547-0036
bar number: 29977
*Attorney for the Plaintiff*

Now comes Marlow Humbert, by and through his attorneys, Charles H. Edwards IV and The Law Offices of Barry R. Glazer, P.C., and files this Opposition to Defendants' Motion for Summary Judgment for the reasons set forth below, and set forth more fully in the accompanying supporting Memorandum of Law:

1. Material issues of fact exist as to the circumstances of the occurrences underlying this litigation, precluding summary judgment as a matter of law;

2. Plaintiff's Rule 56.1 Counter-Statement and the Declarations of Jokim Tan and Desiree Duell, separately and together, indisputably demonstrate that there are, at a minimum, genuine issues of material fact concerning the Defendants' liability.

3. The Defendants have not met their burden of proof on their Motion for Summary Judgment nor have they established their alleged lack of culpability - no affidavit by any Defendant has been filed, no deposition testimony has been filed by any Defendant, the Defendant's Factual Background is rife with blatant inaccuracies and almost all of the Defendants' alleged facts are generally cited to documents with multiple pages, and the Defendants' expert witness is regarded as a "maverick" within the Baltimore City Police Department, who is neither qualified to opine as to any of the subject matter at issue in this case nor able to provide any explanations that are premised on non-disputed facts.

4. The vast majority of the Plaintiff's claims are typically decided by juries, not judges, and the Defendants have manifestly failed to identify any reason why this case should be an exception to this rule.

5. A motion for summary judgment must be evaluated with all inferences construed in favor of the non-moving party; for reasons set forth fully in the accompanying Memorandum of Law, such inferences, when properly drawn in light of the disputed and undisputed facts, preclude summary judgment as a matter of law.

**WHEREFORE**, the Plaintiff, Marlow Humbert, respectfully requests that the Defendants' Motion for Summary Judgment hereby be denied.

December 27, 2013                                                         /s/
                                                               _____
                                                               *Charles H. Edwards IV*
                                                               Law Office of Barry R. Glazer, P.C.
                                                               1010 Light Street
                                                               Baltimore, Maryland 21230
                                                               charles.edwards@robinhoodlawyers.com
                                                               phone: (410) 547-8568 fax: (410) 547-0036
                                                               bar number: 29977
                                                               *Attorney for the Plaintiff*