IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MARLOW HUMBERT | * | |
| | * | Civil Action |
| *Plaintiff,* | * | No.: WDQ11-cv-0440 |
| v. | * | |
| MARTIN O' MALLEY, *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE PLEADING

Defendants, Captain Christopher Jones, Officer Dominick Griffin, Officer Caprice Smith, Officer Keith Merryman and Michael Brassell, by their attorneys, Michael Marshall, Chaz Ball, and Schlachman, Belsky, & Weiner, P.A., file this Motion to Strike Pleading, and in support thereof state:

1. On April 3, 2013, Defendants filed a Motion for Summary Judgment (#74) in the above-captioned case.

2. Pursuant to Judge Quarles' Order dated April 19, 2013 (#87), the deadline for Plaintiff's response to Defendants' Motion for Summary Judgment was stayed pending the close of discovery, due to an unopposed motion for an extension by the Plaintiff.

3. Pursuant to Judge Sullivan's ruling on November 20, 2013, discovery was closed for the Plaintiff on November 28, 2913, 30 days after the date on which the transcript of Defendant Merryman's deposition was made available.

1

4. According to the Federal Rules of Civil Procedure and Local Rules, the Plaintiff would have had until December 16, 2013 to file his response to the Motion for Summary Judgment.  However, Defendants stipulated to a December 20, 2013 due date for the Plaintiff's response, which was approved by this Court by Order (#115) dated December 5, 2013.

5. Prior to this Court's approval of the December 20, 2013 deadline for the filing of Plaintiff's response to Defendants' Motion for Summary Judgment, the parties conferred and the Defendants agreed to a further deadline of December 27, 2013 for the Plaintiff's response. On December 9, 2013, this Court approved the December 27, 2013 deadline (#118).

6. Plaintiff filed an Opposition to Motion for Summary Judgment on December 30, 2013, three days after the December 27, 2013 deadline, over two months after the date the transcript of Defendant Merryman's deposition was made available, and over eight months after the Defendants filed the Motion for Summary Judgment.

7. Plaintiff additionally purports to have filed an accompanying memorandum but has not actually filed any such memorandum with his response.  Additionally, Plaintiff's response merely consists of cursory statements and does not identify what the "material issues of fact" are.  Plaintiff's response further does not explain how his Counter-Statement and the Declarations of Joakim Tan and Desiree Duell "indisputably demonstrate" that there are material issues of fact. Finally, Plaintiff fails to identify any facts that support his allegations that the Defendants have not met their burden of proof, that their background is "rife with blatant inaccuracies," and that the Defendants' expert witness "is regarded as a 'maverick.'"

8. There is no reason or excuse as to why Plaintiff's response to Defendants' Motion for Summary Judgment was untimely filed, or in the case of a memorandum, not filed at all. Plaintiff requested the initial stay pending the resolution of the parties' discovery disputes (see document #80).  The majority of the depositions were completed by July 2013. The remaining discovery disputes solely concerned the adequacy of Plaintiff's responses to the Defendants' requests (see documents #108-113).  Additionally, the remaining deposition of Defendant Merryman was conducted on October 15, 2013.  Accordingly, Plaintiff has more than sufficient time to review the discovery materials and prepare a response to Defendants' Motion for Summary Judgment filed over eight months prior to the filing of Plaintiff's response.

WHEREFORE, the Defendants respectfully request that:

A. This court STRIKE Plaintiff's Opposition to Motion for Summary Judgment as well as any further memorandum the Plaintiff may attempt to file;

B. GRANT the Defendants' Motion for Summary Judgment as to all Defendants for all counts; and,

C. Grant such and other further relief as this Court may deem just.

Respectfully submitted,

____/s/_____
Michael Marshall
Federal Bar No. 02587

           \_\_\_\_/s/_____
           Chaz Ball
           Federal Bar No. 30044
           Schlachman, Belsky & Weiner, P.A.
           300 East Lombard Street, Suite 1100
           Baltimore, Maryland 21202
           Phone: (410) 685-2022
           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2013, a copy of the Motion to Strike Pleading and Proposed Order were filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record are being served by the Court's electronic filing system or by first-class mail, properly addressed and postage prepaid.

           \_\_\_\_/s/_____

           Chaz Ball