IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

MARLOW HUMBERT,

    Plaintiff,

    v.

MARTIN O'MALLEY,
    et al.,

    Defendants.

CIVIL NO.: WDQ-11-0440

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this ____ day of March, 2014, ORDERED that:

1. The defendants' motion to strike (ECF No. 120), BE, and HEREBY IS, DENIED;

2. The defendants' motion for summary judgment (ECF No. 74), BE, and HEREBY IS, GRANTED in part and DENIED in part:

    a. Summary judgment is GRANTED on counts two, seven, eight, nine, ten, twelve, thirteen, fourteen, and nineteen;

    b. Summary judgment is GRANTED on all claims against Defendants Michael Brassell and Keith Merryman;

    c. Summary judgment is DENIED on counts three, eleven, fifteen, sixteen, and eighteen against Defendants Caprice Smith, Chris Jones, and Dominick Griffin; and

3.  The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_/s/_
William D. Quarles, Jr.
United States District Judge