# United States District Court
## DISTRICT OF MARYLAND

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

July 28, 2014

Barry R. Glazer, Esquire
Charles H. Edwards, IV, Esquire
1010 Light Street, P.O. Box 27166
Baltimore, MD 21230

Kenneth C. Gauvey, Esquire
111 S. Calvert Street, Suite 2700
Baltimore, MD 21202

Michael L. Marshall, Esquire
Chaz R. Ball, Esquire
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard Street, Suite 1100
Baltimore, MD 21202

Re: *Marlow Humbert v. Christopher Jones, Caprice Smith and Dominick Griffin, et al.*
Civil Case No. WDQ 11-cv-0440

Dear Counsel:

The telephone pretrial conference has been rescheduled for 9:30 a.m. on Thursday, September 18, 2014. Plaintiff's counsel is asked to initiate the call. A trial date will be set at the conference, please have your calendars available.

The pretrial order shall be submitted seven days before the pretrial conference is held. The parties shall comply with Local Rule 106.

Notwithstanding the informal nature of this letter, it is an order of the Court and shall be docketed accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: Felicia Cannon
    Clerk of the Court